**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO MARIN-POSADA, | No. 07-74389 |
| Petitioner, | |
| | Agency No. A078-311-034 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:     TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Alejandro Marin-Posada, a native and citizen of Colombia, petitions for

review of the Board of Immigration Appeals' order summarily affirming his appeal

from an immigration judge's decision denying his application for asylum and

withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

for substantial evidence factual findings. *INS v. Elias-Zacarias*, 502 U.S. 478, 481 & n.1 (1992). We deny the petition for review.

Substantial evidence supports the agency's finding that Marin Posada failed to demonstrate the urban guerrillas targeted him on account of his membership in a particular social group or based on an actual or imputed political opinion. *See Gormley v. Ashcroft*, 364 F.3d 1172, 1177 (9th Cir. 2004). Because Marin-Posada failed to demonstrate he was or will be persecuted on account of a protected ground, his asylum and withholding of removal claims fail. *See Barrios v. Holder*, 581 F.3d 849, 856 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**